FILED
APR 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Criminal Case No. 08CR1105-W |
|                                 ) | |
|         Plaintiff,              ) | I N F O R M A T I O N |
|                                 ) | |
|      v.                         ) | Title 21, U.S.C., Secs. 952 and |
|                                 ) | 960 - Importation of Marijuana; |
| TARA LYNN MANUS (1),             ) | Title 18, U.S.C., Sec. 2 - Aiding |
| SIENNA BRITTANIE SALMO (2),      ) | and Abetting (Felony) |
|                                 ) | |
|         Defendants.             ) | |

The United States Attorney charges:

On or about March 14, 2008, within the Southern District of California, defendants TARA LYNN MANUS and SIENNA BRITTANIE SALMO, did knowingly and intentionally import approximately 35.06 kilograms (77.132 pounds), of Marijuana, Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: April 15, 2008.

KAREN P. HEWITT
United States Attorney

*signature*

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:es:Imperial
4/15/08